# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CARMEN MILAGROS SERRANO,

                        Plaintiff,                    22 **CIVIL** 5627 (JPO)

      -against-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated September 15, 2023, the Report and Recommendation (ECF. No. 28) is hereby ADOPTED, Plaintiff's motion for judgment on the pleadings (ECF. No. 21) is hereby DENIED, and Defendant's motion for judgment on the pleadings (ECF. No. 25) is hereby GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
          September 18, 2023

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

**BY:**

                                                                 **Deputy Clerk**